UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

BKY No. 09-47844

In re:

Donna Jo Spangler,

        Debtor.

STIPULATIONS

IT IS HEREBY STIPULATED AND AGREED:

1. That the parties agree to waive any objection to the admissibility of the following exhibits:

   a) Debtor's Petition and Schedules filed with the court on November 19, 2009.

   b) Debtor's Amended Schedules filed with the court on December 18, 2009.

   c) Transcript of the Debtor's §341 meeting of creditors held on December 21, 2009.

   d) Transcript of Debtor or Todd Spangler's deposition testimony.

2. That the following facts are not disputed by the parties:

   a) The Debtor filed her voluntary petition on November 19, 2009.

   b) The Trustee, Randall L. Seaver, was assigned to administer the case.

   c) Debtor attended her §341 Meeting of Creditors on December 21, 2009.

   d) At the §341 meeting the Debtor testified that she transferred a security interest in her 2006 Hummer to her brother Todd A. Spangler.

   e) Debtor in fact transferred a security interest to her brother Todd A. Spangler in October of 2009.

  f) The security interest transferred to Todd A. Spangler secured debts which originated prior to the year 2009.

Dated: 3/6/2010

*[signature]*
Matthew D. Swanson
Fuller, Seaver & Ramette, P.A.
12400 Portland Avenue South, Suite 132
Burnsville, MN 55337

Attorney for Trustee

Dated: 3/5/2010

*[signature]*
James R Doran
416 East Hennepin
Minneapolis, MN 55414

Attorney for Debtor