**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

BKY No. 09-47844

In re:

Donna Jo Spangler,

     Debtor.

---

MOVANT'S EXHIBIT LIST
_____

Pursuant to the Court's Order setting Evidentiary hearing dated January 26, 2010, the Trustee submits the following Exhibit List:

**Movant's Exhibit 1** - Debtor's Schedules filed on November 19, 2009.

**Movant's Exhibit 2** – Debtor's Signature Declaration filed on November 19, 2009.

**Movant's Exhibit 3** – Debtor's Amended Schedule D, filed with the court on December 18, 2009.

**Movant's Exhibit 4** – Transcript of Debtor's §341 Meeting of Creditors held on December 21, 2009.

Pursuant to the Stipulations executed by the parties and filed herewith, there are no objections to the admissibility of the foregoing.

Movant reserves the right to use any exhibits necessary for rebuttal or foundational purposes and may use any exhibit listed by Debtors.

                                                         **FULLER, SEAVER & RAMETTE, P.A.**

Dated: March 11 , 2010                            /e/ Matthew D. Swanson
                                                         Matthew D. Swanson      390271
                                                         Fuller, Seaver & Ramette, P.A.
                                                         12400 Portland Ave. So.
                                                          Burnsville, MN 55337

                                                          Attorneys for the Trustee