**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

BKY No. 09-47844

In re:

Donna Jo Spangler,

     Debtor.

---

MOVANT'S WITNESS LIST
_____

     Pursuant to the Court's Order setting Evidentiary hearing dated January 26, 2010, the Trustee submits the following Witness List:

1. **Donna Jo Spangler**, 1100 West 82nd Street, Bloomington, MN 55420
   - Ms. Spangler is the Debtor in the case and will have knowledge regarding the security interest transferred to Todd A. Spangler. Debtor will also have knowledge regarding the asserted value of secured interests.

2. **Randall L. Seaver**, 12400 Portland Ave South, Burnsville, MN 55337
   - Mr. Seaver is the Bankruptcy Trustee in the case and is capable of testifying to statements made at the Debtor's §341 Meeting of Creditors.

     Movant reserves the right to call any witness identified by Debtor.

     **FULLER, SEAVER & RAMETTE, P.A.**

Dated: March 11 , 2010          /e/ Matthew D. Swanson
                                                    Matthew D. Swanson     390271
                                                    Fuller, Seaver & Ramette, P.A.
                                                    12400 Portland Ave. So.
                                                    Burnsville, MN 55337

                                                    Attorneys for the Trustee