# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF MINNESOTA

_____

In re:                                                          BKY No. 09-47844

Donna Jo Spangler                                    DEBTOR'S
                                                              LIST OF
                    Debtor.                              WITNESSES

_____

The following is the Debtor's list of witnesses in the order they will be called:

1.  Donna Jo Spangler
    1100 West 82nd Street
    Bloomington MN 55420

    Ms. Spangler is the Debtor and she will testify that she had a secured loan on her 2006 Hummer with Wisconsin Auto Title Loans, Inc.  She will testify that her brother Todd A. Spangler loaned her $5648.82 to pay off the lien.  The final payment to release Wisconsin Auto Title's loan was made on March 17, 2009.

2.  Todd A. Spangler
    1492 Sherburne Ave
    St. Paul MN 55404

    Todd Spangler will testify that he loaned Donna Spangler $5648.82 to pay off the Wisconsin Auto Title Loans Inc's lien on Debtor's 2006 Hummer.  The final payment was made on March 17, 2009.

Dated: <u>March 11, 2010</u>

_____

/e/ James R. Doran #23681
416 East Hennepin, #115
Minneapolis MN 55414
Tel: 612-379-5378
Fax: 612-379-5353
E-mail: <u>wexf@hotmail.com</u>
Attorney for Debtor