**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF MINNESOTA**

_____

In re:                                                          BKY No. 09-47844

Donna Jo Spangler                                               LIST OF

       Debtor.                                              EXHIBITS

_____

      The following is Debtor's list of exhibits to be used at the hearing:

**Exhibit A:** Original Car Loan on 2006 Hummer.

Agreed to be admissible: Yes _X_ No ____

**Exhibit B:** Original Certificate with certificate of title Lien Holder Wisconsin Auto Title Loan Inc. as secured party.

Agreed to be admissible: Yes _X_ No____

**Exhibit C:** 8 Payment Receipts from Wisconsin Auto Title Loans, Inc. with final payment made on March 17, 2009.

Agreed to be admissible: Yes _X_ No____


Dated: March 11, 2010                                      _____

                                                                                 /e/ James R. Doran #23681
                                                                                 416 East Hennepin, #115
                                                                                 Minneapolis MN 55414
                                                                                 Tel: 612-379-5378
                                                                                 Fax: 612-379-5353
                                                                                 E-mail: wexf@hotmail.com
                                                                                 Attorney for Debtor