## WITNESS AND EXHIBIT RECORD

| DATE | CASE NUMBER | JUDGE | OPERATOR | PAGE NUMBER |
|---|---|---|---|---|
| 2010-03-16 | 09-47844 | NANCY C. DREHER | Susan Newsom 10:30 AM (Courtroom 7 West (Minneapolis)) | 1 OF 1 |
| CASE TITLE Chapter 7 BKY | | NAMES OF COUNSEL Atty for Debtor: James R. Doran | | |

### OPENING AND CLOSING STATEMENTS: (If any)

| ON BEHALF OF | BY | OPEN | CLOSE |
|---|---|---|---|
| Debtor | James Doran | X | |
| Trustee | Matthew Swanson | X | |

| NAME OF WITNESS | DIRECT | CROSS | REDIRECT | RECROSS | V.D. |
|---|---|---|---|---|---|
| Donna Jo Spangler | X | X | X | | |

Movant / Trustee

| EXHIBIT NUMBER | DESCRIPTION | DATE OFFERED | DATE RECEIVED |
|---|---|---|---|
| 1 | Debtors Bankruptcy Schedules | 3/16/10 | 3/16/10 |
| 2 | Signature Declaration of Debtor | 3/16/10 | 3/16/10 |
| 3 | Schedule "D" | 3/16/10 | 3/16/10 |
| 4 | Transcript of 341 of 12/21/09 | 3/16/10 | 3/16/10 |

Debtors

| EXHIBIT NUMBER | DESCRIPTION | DATE OFFERED | DATE RECEIVED |
|---|---|---|---|
| A | Original Car loan on 2006 Hummer | 3/16/10 | 3/16/10 |
| B | Certificate of Title Lien Holder WI Title | 3/16/10 | 3/16/10 |
| C | Payment receipts re: WI Title Loan | 3/16/10 | 3/16/10 |