MN, ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 for Deposit to Registry Fund

Debtor: Donna Jo Spangler

Chapter 7 Case No. 09-47844

Please Check One:

_____ Unclaimed Dividends

__✓__ Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| US Bank, N.A.<br>Bankruptcy Department<br>P.O. Box 5229<br>Cincinnati, OH 45201 | 3 | 383.49 | 4.47 |
| US Bank, N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201 | 4 | 335.01 | 3.90 |
| Verizon Wireless<br>P.O. Box 3397<br>Bloomington, IL 61702 | 5 | 377.41 | 4.39 |

Dated: May 25, 2011

Randall L. Seaver, Trustee

C:\Data\randy\Trustee-Mpls\Spangler\Unclaimed Dividends Distribution Less than $5.wpd